UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ORIGINAL

United States of America,

    Plaintiff,

v.

D-1 Shirley Cox

    Defendant.
_____/

Case:2:20-cr-20088
Judge: Lawson, David M.
MJ: Stafford, Elizabeth A.
Filed: 02-13-2020 At 01:46 PM
INFO USA V SHIRLEY COX (LG)

Violation: 18 U.S.C. § 641

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 641 - Theft of Government Funds

D-1 Shirley Cox

Beginning in or around May 1991, and continuing through June 2017, in the Eastern District of Michigan, defendant Shirley Cox, willfully and knowingly did embezzle, steal, purloin, and convert to her use money of the Social Security Administration, a department or agency of the United States, to wit: Social Security Act, Title XVI, Supplemental Security Income ("SSI") benefits having a value greater than $1,000; in violation of Title 18, United States Code, Section 641.

MATTHEW SCHNEIDER
United States Attorney

*/s/ Stanley J. Janice*
JOHN K. NEAL
Chief, White Collar Crimes

*/s/ Ryan A. Particka*
RYAN A. PARTICKA
Assistant U.S. Attorney

Dated: February 13, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Co[ver Sheet] | Case: 2:20-cr-20088<br>Judge: Lawson, David M.<br>MJ: Stafford, Elizabeth A. |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it ac[curately]

Filed: 02-13-2020 At 01:46 PM
INFO USA V SHIRLEY COX (LG)

| **Companion Case Information** | Cor[manion Case Number] |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: *RAP* |

**Case Title:** USA v. Shirley Cox

**County where offense occurred:** Oakland

**Offense Type:** Felony

Information -- **no** prior complaint

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

February 13, 2020
Date

*[signature]*
Ryan A. Particka
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
ryan.particka@usdoj.gov
(313) 226-9635

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.