## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,             CRIMINAL NO. 20-CR-20088

       v.                        HON. DAVID M. LAWSON

SHIRLEY COX.

                    Defendant.

_____/

### STIPULATION TO MODIFY
### SHIRLEY COX'S BOND CONDITIONS

      The parties stipulate to eliminating bond condition  §7(y) of the Order Setting Conditions of Release.  The condition requires Ms. Cox to provide a list of prescribed medications on a monthly basis.  The parties agree that the condition is no longer necessary.  Pretrial Services has been consulted and there is no objection to the modification.

                                Respectfully submitted,

s/Ryan Particka w/consent        s/ Natasha D. Webster
Ryan Particka                    Natasha D. Webster
Assistant United States Attorney   Federal Community Defender
211 W. Fort Street, Suite 2001     Assistant Defender
Detroit, MI 48226              613 Abbott, Suite 500
Ryan.Particka@usdoj.gov        Detroit, MI  48226
(313) 226-9635                 Natasha_Webster@fd.org
                              (313) 967-5847

Dated: May 10, 2022