UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                   Case Number 20-20088

v.                                                  Honorable David M. Lawson

SHIRLEY COX,

        Defendant.
_____/

## ORDER MODIFYING BOND CONDITIONS

The parties have filed a stipulation to amend one term of the defendant's bond conditions to eliminate the requirement that she disclose at monthly intervals an updated list of medications that she takes. The parties agree that the condition no longer is necessary. The assigned pretrial services officer also was consulted and does not object. The Court has considered the defendant's request, and after weighing the factors listed in 18 U.S.C. § 3145 (a)(2), the Court finds that the request for modification should be granted.

Accordingly, pursuant to the stipulation of the parties (ECF No. 16), it is **ORDERED** that the order imposing bond conditions (ECF No. 10) is **AMENDED** as follows: condition 7(y) requiring the defendant to disclose a list of her medications monthly is **DELETED**.

It is further **ORDERED** that all other conditions of the defendant's release on bond remain in full force and effect.

                                                                        s/David M. Lawson
                                                                        DAVID M. LAWSON
                                                                        United States District Judge

Dated:  May 12, 2022